IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


DAVID JOHN KAISER,

      Plaintiff,

v.                                         CASE NO. 1:99-cv-00184-MP-AK

JAMES V CROSBY, JR,
MICHAEL R MOORE,

      Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 80, Second Motion to Vacate Preliminary

Injunction by James V Crosby, Jr.  The plaintiff responded, opposing the motion, doc. 81.

Previously, the Court ordered the Defendant to maintain audio tapes containing "911" calls

relevant to Plaintiff's criminal conviction. Specifically, the court instructed counsel for the

Defendant, the Florida Attorney General's office, to maintain the audio tapes and allow Plaintiff

the opportunity to listen to the tapes, take notes, and transcribe the tapes at his own expense

within six months from August 29, 2003. (See doc. 61). Also, on October 15, 2003, the court

instructed the Florida Attorney General's office to maintain the tapes, and the court gave

Plaintiff six months from the date of that order to file a motion under Fla. R. Civ. P. 3.850

challenging his criminal conviction, and granted Plaintiff another six months after the 3.850

motion is fully adjudicated to file a §2254 motion, if necessary. (See doc. 65).

The defendants now move to vacate that injunction because of a recent ruling by a

Florida state court on one of Plaintiff's motions.  Plaintiff explains, however, that the motion that

was denied was his 3.800 motion, not his 3.850 motion, which he claims is still pending.

Accordingly, because the time periods set out in the preliminary injunction order have not yet

expired, the motion to vacate the injunction is denied.

   **DONE AND ORDERED** this _21st_ day of April, 2006

_____s/Maurice M. Paul_____

Maurice M. Paul, Senior District Judge