IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


DAVID JOHN KAISER,

       Plaintiff,

v.                                              CASE NO. 1:99-cv-00184-MP-AK

JAMES V CROSBY, JR,
MICHAEL R MOORE,

       Defendants.

_____/


**O R D E R**

      This matter is before the Court on Doc. 84, Motion to Dissolve Injunction, filed by

Plaintiff, David John Kaiser.  Previously, the Court ordered the Defendant to maintain audio

tapes containing "911" calls relevant to Plaintiff's criminal conviction. Specifically, the court

instructed counsel for the Defendant, the Florida Attorney General's office, to maintain the audio

tapes and allow Plaintiff the opportunity to listen to the tapes, take notes, and transcribe the tapes

at his own expense within six months from August 29, 2003. (See doc. 61). Also, on October 15,

2003, the court instructed the Florida Attorney General's office to maintain the tapes, and the

court gave Plaintiff six months from the date of that order to file a motion under Fla. R. Civ. P.

3.850 challenging his criminal conviction, and granted Plaintiff another six months after the

3.850 motion is fully adjudicated to file a §2254 motion, if necessary. (See doc. 65).

Subsequently, the defendant moved to dissolve the injunction, but the Court (docs. 79 & 83)

denied the motions because the 3.850 motion had not yet been fully adjudicated.

      Now, the plaintiff himself filed a motion to dissolve the injunction stating, "Defendant

had fulfilled all obligations under the injunction, [and] Plaintiff has exhausted all means of relief

and has no need of the tapes." Doc. 84, ¶¶ 1 and 2.  Accordingly, because the purposes of the

injunction have been satisfied, it is hereby

**ORDERED AND ADJUDGED:**

The injunction requiring the Attorney General to maintain the tapes is dissolved, and the
Attorney General may dispose of the tapes.

**DONE AND ORDERED** this  *9th*  day of October, 2007

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge